UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62850-SIV-SINGHAL

WOLDY SATILIEN

Petitioner,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Petitioner's Notice of Voluntary Dismissal (the "**Notice**"). (DE [3]). Having reviewed the Notice, the docket, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus (DE [1]) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions. Assuming no legal bar, Petitioner may re-file his claims under a new case number but must notify the Clerk of Court that the new case is related to this one.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF